| | | | | |
|---|---|---|---|---|
| **DEFENDANT'S EXHIBITS** | | | STEVEN BUTZLAFF<br><br>           Plaintiff,<br><br>V.              Case No.    16-CV-747-jdp<br><br>STATE OF WISCONSIN DEPARTMENT OF CORRECTIONS,<br><br>           Defendant. | |
| **Date** | **Identification** | | **Description** | **Offers, Objections, Rulings, Exceptions** |
| | **No.** | **Witness** | | |
| | 501 | Butzlaff | Steven Butzlaff's position description as Officer 1 | |
| | 502 | Butzlaff | Steven Butzlaff's position description as Officer 2 | |
| | 503 | Nelson | Executive Directive #2 | |
| 2010 | 504 | Butzlaff/Dunwald | Steven Butzlaff's Payroll Pay Stubs from 2010 | |
| 2011 | 505 | Butzlaff/Dunwald | Steven Butzlaff's Payroll Pay Stubs from 2011 | |
| 2012 | 506 | Butzlaff/Dunwald | Steven Butzlaff's Payroll Pay Stubs from 2012 | |
| 6-28-12 | 507 | Nelson/Hesselberg | June 28, 2012 Nelson email to Hesselberg, following up RE: Parking Passes/Supervisor's Office | |
| 7-24-12 | 508 | Nelson/Strampe | Incident Reports by Nelson RE: July 24, 2012 Incident | |
| 7-24-12 | 509 | Butzlaff/Hesselberg | Investigative Interview of Steven Butzlaff RE: July 24, 2012 | |
| 7-24-12 | 510 | Butzlaff/Hesselberg/Nelson | July 24, 2012 Mark Nelson Complaint | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | No. | Witness | | |
| 10-2012 | 511 | Hesselberg/Butzlaff | October 2012 Emails between Hesselberg and Butzlaff RE: Complaints Regarding Mark Nelson | |
| 11-2-12 | 512 | Butzlaff/Nelson | November 2, 2012 Temporary Reassignment Letter to Butzlaff | |
| 11-9-12 | 513 | Butzlaff | November 2012 Emails between DiBenedetto and Butzlaff | |
| 11-14-12 | 514 | Nelson | November 14, 2012 Email from Nelson to Cole regarding Butzlaff allegations, including attachments | |
| 7-24-12 – 12-13-12 | 515 | Butzlaff/Logan/ Strampe/Clemons/ Brennan/Wigglesworth /Winchell | DAI Investigation RE: July 24, 2012 Incident | |
| 12-13-12 | 516 | Butzlaff | Butzlaff employment application for MMHI | |
| 1-3-13 | 517 | Butzlaff | January 3, 2013 Permissive Transfer Letter | |
| 1-10-13 | 518 | Paquin | January 10, 2013 Email from Cole to Paquin RE: Meeting – Officer Butzlaff | |
| 1-10-13 | 519 | Butzlaff/Nelson | January 2013 Performance Planning and Development Report for Steven Butzlaff | |
| 1-10-13 | 520 | Butzlaff | January 10, 2013 Memorandum from Cole to Butzlaff RE: Job Instruction | |
| 1-10-13 | 521 | Butzlaff | January 10, 2013 Reassignment Letter | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 1-10-13 | 522 | Butzlaff/Bostedt | January 10, 2013 Bostedt's Intake Interview with Steven Butzlaff | |
| 1-14-13 | 523 | Butzlaff/Paquin | Butzlaff January 12, 2013, letter of resignation | |
| 2013 | 524 | Butzlaff/Dunwald | Steven Butzlaff's Payroll Pay Stubs from 2013 | |
| 1984-2013 | 525 | Butzlaff/Dunwald | Butzlaff State employment history | |
| 6-19-14 | 526 | Nelson | 2014 Performance Planning & Development for Mark Nelson | |
| 1-26-15 | 527 | Butzlaff | Butzlaff 1-26-15 retirement letter, last day 2-17-15 | |
| | 528 | Dunwald | Summary of Butzlaff payroll records (Exhibits 504-506, & 524) | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

```
```