IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN BUTZLAFF,

                Plaintiff,                       Case No.: 16-cv-747

     v.

STATE OF WISCONSIN
DEPARTMENT OF CORRECTIONS,

                Defendant.

## DEFENDANT'S RULE 26(A)(3)(A) AND (B) DISCLOSURES

Defendant State of Wisconsin Department of Corrections, by and through its undersigned counsel, submits its Rule 26(a)(3)(A) and (B) Disclosures.

**Names of Witnesses Defendant Will Call:**

1. Mark Nelson

2. Bryan Brennan

3. Tim Clemons

4. Tonja Hesselberg

5. Richard Bailey

6. Robert Bostedt

7. Steven Butzlaff

8. Tracy Dunwald – HR Director, records custodian, Oakhill Correctional Institution

**Names of Witnesses Defendant May Call:**

1. Michael Dittman

2. James Logan

3. John Paquin

4. Peter Wigglesworth

5. Marty Winchell

6. Robert Humphreys

7. Donald Strampe

8. Any witness identified on Plaintiff's witness list, regardless of whether Plaintiff actually calls that witness at trial.

The above-listed witnesses may be contacted through defense counsel.

Based upon the presentation of plaintiff's case, defendant reserves the right to call rebuttal witnesses.

## EXHIBITS

The Defendant's exhibit list will be filed as a separate document on today's date.

Dated this 2nd day of February, 2018.

<div style="margin-left: 40%;">

Respectfully submitted,

BRAD D. SCHIMEL
Wisconsin Attorney General

s/ Rachel L. Bachhuber
RACHEL L. BACHHUBER
Assistant Attorney General
State Bar #1052533
ANNE M. BENSKY
Assistant Attorney General
State Bar #1069210

Attorneys for Defendant

</div>

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188 (Bachhuber)
(608) 264-9451 (Bensky)
(608) 267-8906 (Fax)
bachhuberrl@doj.state.wi.us
benskyam@doj.state.wi.us