IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN BUTZLAFF,

    Plaintiff,

v.                                       Case No.: 16-cv-747

STATE OF WISCONSIN
DEPARTMENT OF CORRECTIONS,

    Defendant.

---

DEFENDANT'S MOTION IN LIMINE

---

Defendant, Wisconsin Department of Corrections, makes the following motions to exclude evidence at trial:

1. Steven Butzlaff should be precluded from introducing any evidence related to his claim that Donald Strampe, a correctional officer, used to slap him on the buttocks because he never reported this to his supervisor, Mark Nelson. Strampe was not a supervisor and his actions cannot form the basis of a supervisor harassment, sex discrimination claim. This motion is made pursuant to Fed. R. Evid. 401 and 403.

2. Butzlaff should be precluded from introducing any evidence related to instances of alleged sexual harassment that were not previously

disclosed at his deposition, also filed on today's date, or in his complaint (Dkt. 1.) This motion is made pursuant to Fed. R. Evid. 403.

Dated this 2nd day of February, 2018.

Respectfully submitted,

BRAD D. SCHIMEL
Wisconsin Attorney General


s/ Rachel L. Bachhuber
RACHEL L. BACHHUBER
Assistant Attorney General
State Bar #1052533

Attorneys for Defendant

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188
(608) 267-8906 (Fax)
bachhuberrl@doj.state.wi.us

2