IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

STEVEN BUTZLAFF,

       Plaintiff,

 v.                     MEMORANDUM

STATE OF WISCONSIN          16-cv-747-jdp
DEPARTMENT OF CORRECTION,

       Defendant.
_____

  Attached are semi-final versions of the voir dire, jury instructions, and verdict form for the parties' review prior to the final pretrial conference.

  Entered July 10, 2018.

              BY THE COURT:

              /s/

              _____
              JAMES D. PETERSON